In the Matter of the Application of NEW YORK COUNTY LAWYERS' ASSOCIATION to Punish for Contempt and to Enjoin the Unlawful Practice of Law by

OLA C. COOL, Doing Business under the Name of LABOR RELATIONS INSTITUTE.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. [See *ante,* p. 901.]   Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.